**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00337-CV

**GREAT AMERICAN LLOYDS INSURANCE COMPANY AND MID-CONTINENT CASUALTY COMPANY, Appellants**

**V.**

**VINES-HERRIN CUSTOM HOMES, L.L.C. AND HERRIN CUSTOM HOMES, INC. AND EMIL G. CERULLO, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-03-6903**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 18, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/      DAVID EVANS
        PRESIDING JUSTICE